James P. Baker (SBN: 96302)
Marla K. Letellier (SBN: 234969)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff
WILLIAM H. SMITH III

Horace W. Green (SBN: 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendant
INSITE VISION INCORPORATED
LONG TERM DISABILITY PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM H. SMITH III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INSITE VISION INCORPORATED ) <br> LONG TERM DISABILITY PLAN, ) <br> ) <br> Defendant. ) | Case No. C 08-5387 EMC <br><br> **STIPULATION TO EXTEND TIME FOR FILING ANSWER** ; ORDER |

    Plaintiff William H. Smith III and Defendant Insite Vision Incorporated Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that the deadline for Defendant to file an answer to the complaint be extended to January 16, 2009.

Stipulation to Extend Time for Filing Answer - Case No. C 08-5387 EMC

This Stipulation is not intended to alter the date of any other event or any deadline already fixed by Court Order.

DATED: December 22, 2008                **GREEN & HUMBERT**

By:   /s/ Horace W. Green
     HORACE W. GREEN
     Attorneys for Defendant
     INSITE VISION INCORPORATED
     LONG TERM DISABILITY PLAN

DATED: December 22, 2008                **JONES DAY**

By:   /s/ James P. Baker
     JAMES P. BAKER
     Attorneys for Plaintiff
     WILLIAM H. SMITH III

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-2-
Stipulation to Extend Time for Filing Answer - Case No. C 08-5387 EMC