James P. Baker (SBN: 96302)
Marla K. Letellier (SBN: 234969)
Ellinor R. Coder (SBN: 258258)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff
WILLIAM H. SMITH III

Horace W. Green (SBN: 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendant
INSITE VISION INCORPORATED
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. SMITH III, | Case No. C 08-5387 EMC |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| INSITE VISION INCORPORATED LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Plaintiff William H. Smith III and Defendant Insite Vision Incorporated Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that the Status Conference currently set for June 3, 2009, be continued to June 24, 2009 at 2:30 p.m. in Courtroom C, 15th Floor, San Francisco. A Joint Status Conference

Stipulation to Continue Status Conference - Case No. C 08-5387 EMC

Statement shall be filed no later than June 17, 2009.

The purpose of this Stipulation is to allow the parties to finalize the settlement which was reached at the May 14, 2009 Mediation.

This Stipulation is not intended to alter the date of any other event or any deadline already fixed by Court Order.

DATED: May 27, 2009

**GREEN & HUMBERT**

By: /s/ Horace W. Green
HORACE W. GREEN
Attorneys for Defendant
INSITE VISION INCORPORATED
LONG TERM DISABILITY PLAN

DATED: May 27, 2009

**JONES DAY**

By: /s/ Elinor R. Coder
Attorneys for Plaintiff
WILLIAM H. SMITH III

-2-
Stipulation to Continue Status Conference - Case No. C 08-5387 EMC

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED**

That the Status Conference in this action be, and hereby is, continued from June 3, 2009 to June 24, 2009, at 2:30 p.m. in Courtroom C. If no Stipulation and Order is on file by June 17, 2009, the parties shall file a Joint Status Conference Statement advising of the status of the settlement process.

Dated: May 27, 2009



Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen