```
 1  James P. Baker (SBN: 96302)
    Marla K. Letellier (SBN: 234969)
 2  Ellinor R. Coder (SBN: 258258)
    JONES DAY
 3  555 California Street, 26th Floor
    San Francisco, CA 94104
 4  Telephone: (415) 626-3939
    Facsimile:  (415) 875-5700
 5
    Attorneys for Plaintiff
 6  WILLIAM H. SMITH III

 7
    Horace W. Green (SBN: 115699)
 8  GREEN & HUMBERT
    220 Montgomery Street, Suite 438
 9  San Francisco, California 94104
    Telephone: (415) 837-5433
10  Facsimile:  (415) 837-0127

11  Attorneys for Defendant
    INSITE VISION INCORPORATED
12  LONG TERM DISABILITY PLAN
```

## UNITED STATES DISTRICT COURT

## николаNORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. SMITH III, | Case No. C 08-5387 EMC |
| Plaintiff, | **STIPULATION TO DISMISSAL AND DISMISSAL OF ACTION** ; ORDER |
| v. | |
| INSITE VISION INCORPORATED LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Stipulation to Dismissal and Dismissal of Action - Case No. C 08-5387 EMC

Plaintiff William H. Smith III and Defendant Insite Vision Incorporated Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that this action be, and hereby is, dismissed with prejudice as to all parties with respect to all claims for relief. Each party to bear its own costs of suit.

DATED: June 10, 2009                    **GREEN & HUMBERT**

By: /s/ Horace W. Green
    HORACE W. GREEN
    Attorneys for Defendant
    INSITE VISION INCORPORATED
    LONG TERM DISABILITY PLAN

DATED: June 10, 2009                    **JONES DAY**

By: /s/ Ellinor R. Coder
    Attorneys for Plaintiff
    WILLIAM H. SMITH III

### ORDER

Good cause appearing,

**IT IS HEREBY ORDERED**

That this matter be, and hereby is, dismissed with prejudice. Each party to bear its own costs of suit.

Dated: June 12, 2009

IT IS SO ORDERED
Judge Edward M. Chen